# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**In re: Application of JOE E. COOPER,**
**ANTONIA B. COOPER,**                                  Case No. 3:08mc98/MCR/MD
**JUDO HOLDINGS INVERSIONES, S.A.,**
**and INVERSIONES DEL RINCON CAÑO FRIO,**
**J.C., S.A., for Assistance Before Foreign Tribunals,**
         **Applicants.**

___

## O R D E R

This matter is before the court upon consideration of the applicants' motion for order to take discovery pursuant to 28 U.S.C. § 1782.  (Doc. 1) The applicants seek this court's assistance in the production of evidence for use in certain civil proceedings pending in the Dominican Republic.  Having reviewed the applicants' motion and it appearing that the requirements of 28 U.S.C. § 1782 have been satisfied, it is hereby:

ORDERED that:

1.   The applicants' motion for order to take discovery (doc. 1) is granted.

2.   The applicants are authorized pursuant to 28 U.S.C. § 1782 to serve subpoenas duces tecum, in the forms attached as Exhibits "A" and "B" upon:

   (a)   Carl G. Gartley, attached hereto as Exhibit "A"; and

   (b)   Karol M. Gartley, attached hereto as Exhibit "B."

3.   Each of the previously mentioned persons are directed to comply with the subpoenas in accordance with, and subject to their rights under, the Federal Rules of Civil Procedure and the rules of this court.

4.   Hogan & Hartson LLP may sign and serve the subpoenas on the previously mentioned persons pursuant to Federal Rule of Civil Procedure 45(a)(3).

5.      The applicants shall deliver copies of this order and the subpoenas issued pursuant to this order to counsel for Larry Dale Scott in the pending proceedings before the Dominican Republic courts no later than twenty (20) days before the scheduled discovery date.

6.      The court shall retain jurisdiction of this matter through the completion of the requested discovery.

DONE AND ORDERED at Pensacola, Florida this 8th day of January, 2009.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:08mc98/MCR/MD*